| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Summertime Lunch | PA0001907078 | 07/11/2014 | 07/25/2014 | 07/12/2014 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 07/11/2014 |
| Sweet Surrender | PA0001884861 | 03/23/2014 | 03/26/2014 | 04/09/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 04/25/2014 |
| They Seem so Sweet | PA0001904151 | 06/15/2014 | 06/19/2014 | 06/17/2014 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 07/29/2014 |
| Thunderstorm Love | PA0001909507 | 08/13/2014 | 08/26/2014 | 08/14/2014 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 07/04/2014 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 09/01/2014 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 06/03/2014 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 05/24/2014 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 08/31/2014 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 04/12/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 07/19/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 60**